Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12575−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jacqueline Izela Ibarra
aka Jacqueline Ibarra, aka Jacqueline Shepherd, aka Jacqueline I Ibarra, aka Jacqueline I Shepherd−Ibarra, aka Jacqueline I Shepherd, aka Jacqueline Shepherd−Ibarra, aka Jacqueline Izela Shepherd, aka Jacqueline Izela Shepherd−Ibarra
348 Woodfuff Avenue
Avenel, NJ 07001

Social Security No.:
xxx−xx−2756

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 03/13/2025 and a confirmation hearing on such Plan has been scheduled for 02/18/2026 at 10:00 AM.

The debtor filed a Modified Plan on 02/11/2026 and a confirmation hearing on the Modified Plan is scheduled for 03/11/2026 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: February 11, 2026
JAN: mmf

Jeanne Naughton
Clerk